FIRST DISTRICT COURT OF APPEAL
STATE OF FLORIDA

_____

No. 1D2024-1983
_____

WILLIAM LAWRENCE,

Petitioner,

v.

STATE OF FLORIDA,

Respondent.

_____

Petition for Writ of Habeas Corpus—Original Jurisdiction.

November 13, 2024

PER CURIAM.

The Court denies the petition for writ of habeas corpus. The order of pretrial detention is not based exclusively on inadmissible hearsay evidence, and therefore, Petitioner has not shown probable cause to believe his pretrial detention is without lawful authority.

LEWIS, ROBERTS, and BILBREY, JJ., concur.

_____

*Not final until disposition of any timely and authorized motion under Fla. R. App. P. 9.330 or 9.331.*

_____


Jessica J. Yeary, Public Defender, and Amanda Valter, Assistant Public Defender, for Petitioner.

Ashley Moody, Attorney General, and Adam B. Wilson, Assistant Attorney General, Tallahassee, for Respondent.